# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

EDWARD DEMBINSKI, CHARLES GLASER, and YVONNE CARDINAL, on behalf of themselves and a similarly situated class,

CASE NUMBER: 08-10355

HON. MARIANNE O. BATTANI

Plaintiffs,

v.

KERR CORPORATION,

Defendant.

_____/

## NOTICE OF MOTION HEARING

You are hereby notified to appear before the Honorable Marianne O. Battani, United States District Judge, for the above proceeding on **OCTOBER 31, 2008 @ 3:00 P.M.**, in Courtroom 272, 231 W. Lafayette Blvd., **Detroit**, Michigan 48226. The following motion(s) are scheduled for hearing:

- MOTION FOR CLASS CERTIFICATION filed by Plaintiffs on October 1, 2008.

**PLEASE NOTE RESPONSE AND REPLY BRIEFS SHOULD BE FILED TIMELY PURSUANT TO COURT RULE.**

---

## CERTIFICATE OF SERVICE

I certify that a copy of this notice was mailed and/or electronically filed to John Canzano, Thomas Kienbaum and Joel Kaplan on this date.

Date: 10/03/08

s/Colette Motowski
Colette Motowski, secretary to
Hon. Marianne O. Battani 313-234-2625